UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/2/2026___

TRACEY ALLEN FAGAN,

                Petitioner,

        -against-

KENNETH GENALO, et al.,

                Respondents.

26-CV-00071 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

By letter dated February 27, 2026, Respondents informed the Court that Petitioner had been released from custody on bond. Dkt. No. 28. By email dated March 2, 2026, Petitioner's counsel confirmed Petitioner does not object to the Court dismissing this action as moot. Accordingly, is it hereby ORDERED that this action be dismissed as moot. The Clerk of Court is respectfully directed to close this case.

Dated: March 2, 2026
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge