**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TRACEY ALLEN FAGAN,

                                    Petitioner,

            -against-                                                    26 **CIVIL** 00071 (MMG)

                                                                        **JUDGMENT**

KENNETH GENALO , et al.,

                                    Respondents.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 2, 2026, Petitioner's counsel confirmed Petitioner does

not object to the Court dismissing this action as moot. Accordingly, the case is closed.

**Dated:** New York, New York

        March 5, 2026

                                                        **TAMMI M. HELLWIG**
                                            _____
                                                        **Clerk of Court**

                                BY:
                                            _____
                                                        **Deputy Clerk**